UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDY L. KULHOFF,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　Case No. 1:13-CV-641
　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　)　　Hon. Hugh W. Brenneman, Jr.
　　　　　　　　　　　　　　　　　　　　)　　U.S. Magistrate Judge
COMMISSIONER OF SOCIAL　　　　　　　　)
SECURITY,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　　)

## **JUDGMENT**

In accordance with the Court's Order granting the parties' joint stipulation for remand:

The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED:  November 21 , 2013.

　　　　　　　　　　　　　　　　　　　　　　/s/ Hugh W. Brenneman, Jr.
　　　　　　　　　　　　　　　　　　　　　HON. HUGH W. BRENNEMAN, JR.
　　　　　　　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE